UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF

ARKANSAS

This case assigned to District Judge **Marshall**
and to Magistrate Judge **Ray**

Case # 3:21-CV-00119-DPM


FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
JUN 28 2021
JAMES W. McCORMACK, CLERK
By: _____
DEP CLERK

### PETTITION FOR CIVIL SUIT

Comes now Ronnie l brown lll, Pro se move to have the case heared

Against Kevin bell and Randolph county sheriffs department, Randolph county juvinille department, Consolidated youth services and Department of youth services and Pocahontas police Department

In suport of this pettition for violation of court orders, harrassment and theft of property:

1) Defendant Felisha brown has violated 2 court orders

2) Defendant Felisha Brown has allowed her boyfriends to make threats towards me in violation of divorce decree.

3) Defendant Brandon Harper has made verbal threats to plaintiff.

4) defendant Brandon Harper wrongfully evicted plaintiff in November of 2019 at the direction of Felisha brown.

5) Defendants have slandered plaintiff before november 2019 and it has caused plaintiff financial harm to the extreme.

1

6) Plaintiff ask the sum of $250,000,000 for this lawsuit for emotional damages from harrassment, financial harm, theft of property and buisiness damage

7) Robyn Thompson- email attached and other evidence

8) Ashton Hester - email attached and other evidence

9) Brad Dixon- email attached and other evidence

10) Adrian Perry- email attached and other evidence

11) Rachel Gillespie- email attached and other evidence

12) Pocahontas Police Department (30 sec video 2019)

On Behalf Of Ronnie Lawrence Brown III, Ronnie L Brown IV, Allana R. Brown and Kagen S. Brown for civil rights violations against plaintiff and children with summons attached with all infomation

Date 6-28-2021

Ronnie L Brown III

**Plaintiff Signiture**

 Gmail

ronnie brown <ronbrown25n2005@gmail.com>

## (no subject)
1 message

---

**ronnie brown** <ronbrown25n2005@gmail.com>  Wed, Jun 2, 2021 at 2:31 PM
To: randolphcocoroner@gmail.com

I want everyone in this list arrested by tonight they want to break the law then I got no sympathy for them

I now have the statues and grounds to have arrest made and any cop that refuses to make the arrest is next in line

I have enough reason to believe with the information I have to file charges on sheriff Kevin bell of Randolph county sheriff department in Pocahontas
He and his officers have failed to file police reports
They have failed to uphold the laws
They have failed to hood the Randolph county juvenile department accountable for lying under oath
Falsifying documents
With holding documents
Falsifying evidence
Cusdody interference
Visitation interference
Interfering in an investigation

By all 3 parties
All by Robyn Thompson
Judge rob ratton
Ashton Hester

I want charges against Kevin bell for dereliction of duty
Failure to protect the integrity of the sheriffs department via leaks in the department
Illegal surveillance
Asiting in the behavior of creating evidence by illegal surveillance
5 million dollars loss to me
I also have a video of a Pocahontas police officer grabing my child by the neck that lead to the events and my child was charged and the officer got a pat on the back
And failure to up hold his oath of office
And yes I know that the coroner is the only ones that can arrest a sheriff
And also the illegal surveillance has been going on for way to long they have no right which is another crime
So it time the government of this state does their jobs and cops get arrested I have had enough


Also involves Marty BYOD for dereliction of duty
The coroner has been notified and has to over see the sheriffs arrest

Along with they all 3 work for cys
Rachel G.
Brad Dixon
Adrian Perry
Kidnapping
Custody interference
It's also against the law for the to prevent a parent from working by setting requirements to the point it interferes with normal life

Have any questions feel free to call me 870-919-3637

I am filing a complaint against Arkansas state police Randolph county sheriff's department Randolph county juvenile department logan county sheriff's department and Lawrence county sheriff's department they all have been biased and refused to file reports of crimes against me on multiple occasions and the harrassment and threats have yet to stop and i have had threats against my life by people and the cops have done nothing but protect these same people over and over again and they have abused my kids over and over with mental abuse and failed to stop it and im sure by the time this gets checked into ill probably be in jail by the biased cops and the lies told about me by everyone

I am adding some names to the list


Lamorla Smith - 501-682-1993
Samantha Witt - 501-653-8712
Megan Goldman - 501-707-8591
Adding and abetting all the ones listed above


Thanks Ronnie Brown 870-919-3637

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF

# ARKANSAS

Case # _____

## PETTITION FOR ORDER TO

## VACATE CONVICTIONS

**I Ronnie Lawrence Brown III Ask The courts to vacate all convictions for my children that was done by randolph county courts in pocahontas ar on multiple dates and multiple convictions for Ronnie L Brown IV, Allana R. Brown and Kagen S. Brown.**

**On the grounds thats randolph county juvinile department broke civil rights laws governing the courts and law enforcmenent.**

Your civil rights are those rights that are granted to every person in the U.S. to protect them from unfair treatment. Your civil rights include:

Freedoms of speech, religion, assembly

The right to petition the government

The right to procedural due process

Freedom from discrimination for protected classes (sex, race, and national origin)

Unfortunately, some people are mistreated based on characteristics such as race, gender, religion, or disability. Some examples of civil rights violations include:

1

Unreasonable searches and seizures

Cruel and unusual punishment

Losing a job or being passed over for a promotion due to discrimination

Abuse by a public official

Any discrimination based on a superficial quality or belief.

Plaintiff ask to exlude the portion of the email pertaining to Marty Boyd and craighead county sheriffs department at this time.

Date 6-28-2021

*Ronnie L Brown III*

plaintiff signiture