IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

RONNIE L. BROWN, III                                              PLAINTIFF

v.                          No. 3:21-cv-119-DPM

KEVIN BELL; RANDOLPH COUNTY
SHERIFF'S DEPARTMENT; RANDOLPH
COUNTY JUVINILLE DEPARTMENT;
CONSOLIDATED YOUTH SERVICES,
INC.; DEPARTMENT OF YOUTH
SERVICES; POCAHONTAS POLICE
DEPARTMENT; FELISHA BROWN;
BRANDON HARPER; ROBYN
THOMPSON; ASHTON HESTER;
BRAD DIXON; ADRIAN PERRY; and
RACHEL GILLESPIE                                                  DEFENDANTS

## JUDGMENT

Brown's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

16 November 2021